# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY J. MANTIA, LLC,

      Plaintiff, : Case No. 3:09-cv-362

  -vs-                                       Magistrate Judge Michael R. Merz

                                                 :

IMPACT SPORTS, INC., et al.,

      Defendants.

## ORDER

This case is before the Court on Motion to Intervene of American Family Mutual Insurance Co. (Doc. No. 28). During a telephone conference on August 18, 2010, participated in by counsel for all of the present parties, it was indicated that there would be no opposition to that Motion. It is accordingly granted on condition that the new intervening Defendant make counsel available during September, 2010, at Fed. R. Civ. P. 30(b)(6) depositions of Defendants Impact Sports and Hat World. Defendant American Family Mutual Insurance Co.'s counsel is directed to contact counsel for the other parties to attempt to arrange mutual convenient dates.

Based further on the conference call, the Scheduling Order (Doc. No. 13) is VACATED. The case is set for a new Fed. R. Civ. P. 26(f) conference by telephone at 10:30 a.m. on Tuesday, September 7, 2010. Not later than Friday, September 3, 2010, the parties shall file an amended Rule 26(f) report.

August 18, 2010.

                                                      s/ **Michael R. Merz**
                                                      United States Magistrate Judge